JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 434 -- IN RE AIR CRASH DISASTER OFFSHORE OF ST. MAARTEN, NETHERLAND ANTILLES, ON DECEMBER 24, 1977

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/05/15 | 1 | MOTION, BRIEF, DECLARATION, SCHEDULE A, CERT. OF SVC. -- Plaintiffs Ina Viola Smith, et al. Suggested transferee district: D. Virgin Islands (ds) |
| 80/05/27 | | APPEARANCES: JACK K. CLAPPER, ESQ. for Ina Viola Smith, et al. and James Carty, et al.; KRUSEN, EVANS & BYRNE FOR Avco Lycoming; TOM T. MONTEVERDE, ESQ. for Beech Aircraft Corp., MARIA TANKENSON HODGE, ESQ. for Clayton Lloyd, deceased d/b/a Valley Air Service; THOMAS R. HARRINGTON, ESQ. for The Bendex Corp. (cds) |
| 80/05/23 | | HEARING ORDER -- Setting Motion to Transfer for June 26, 1980 hearing in Boston, Mass. (cds) |
| | | (ea) [struck through line] |
| 80/05/30 | 2 | RESPONSE/MEMORANDUM -- Deft. Bendix Corp. w/cert. of svc. (emh) |
| 80/05/30 | 3 | RESPONSE/MEMORANDUM -- Deft. Avco Lycoming -- w/cert. of service (emh) |
| 80/05/30 | 4 | RESPONSE/BRIEF -- Beech Aircraft Corp. -- w/cert. of svc. (emh) |
| 80/06/09 | 5 | REPLY -- Movants - w/cert. of svc. (ds) |
| 80/06/25 | | HEARING APPEARANCES -- Jack K. Clapper for James Carty, et al.; Ronald C. Scott for Avco Lycoming Corp.; William M. Shields for Beech Aircraft Corp.; ~~Thomas R. Harrington for The Bendix Corp.~~ (emh) |
| 80/06/25 | | WAIVERS OF ORAL ARGUMENT: Valley Air Services, Inc.; Clayton Lloyd; The Bendix Corp. (emh) |
| 80/06/27 | | WAIVER OF ORAL ARGUMENT -- The Bendix Corp -- for hearing held in Boston, Mass. on June 26, 1980. (ea) |
| 80/07/10 | | ORDER DENYING TRANSFER OF LITIGATION A-1 through A-2 under Section 1407 for pretrial proceedings. Notified involved counsel, clerks and judges. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 434 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Air Crash Disaster Offshore of St. Maarten, Netherland Antilles, on December 24, 1977

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/26/80 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/10/80 | DENIAL MO | | | | |

Special Transferee Information

DATE CLOSED: 7/10/80

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 434 -- In re Air Crash Disaster Offshore of St. Maarten, Netherland Antilles, on December 24, 1977

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ina Viola Smith, et al. v. Avco-Lycoming, et al. | E.D.Pa. Luongo | 79-4623 | | | | JUL 1 0 1980 |
| A-2 | James Carty, et al. v. Beech Aircraft Corp., et al. | D. V.I. Christian | 78-96 | | | | JUL 1 0 1980 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 434 -- In re Air Crash Disaster Offshore of St. Maarten, Netherland Antilles, on December 24, 1977

INA VIOLA SMITH, ET AL. (A-1)
JAMES CARTY, ET AL. (A-2)
Jack K. Clapper, Esq.
Law Office of Gerald C. Sterns
490 Pacific Avenue
San Francisco, CA  94133


AVCO LYCOMING
Krusen, Evans and Byrne
500 Public Ledger Building
Philadelphia, PA  19106

BEECH AIRCRAFT CORPORATION
Tom T. Monteverde, Esq.
Monteverde, Hemphill & Maschmeyer
1610 Two Penn Center Plaza
Philadelphia, PA  19102

CLAYTON LLOYD, DECEASED d/b/a
VALLEY AIR SERVICE
Maria Tankenson Hodge, Esq.
P.O. Box 4511
Charlotte Amalie, St. Thomas
U. S. Virgin Islands  00801

THE BENDIX CORPORATION
Thomas R. Harrington, Esq.
512 Lewis Tower Building
15th & Locust Streets
Philadelphia, PA  19102

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 434 -- In re Air Crash ~~in the Ocean~~ *Disaster* Offshore of St. Maarten, Netherland Antilles, on December 24, 1977

| Name of Party | Named as Party in Following Actions |
|---|---|
| AVCO-LYCOMING | A-1, A-2 |
| BEACH AIRCRAFT CORPORATION | A-1, A-2 |
| THE BENDIX CORPORATION | A-1 |
| VALLEY AIR SERVICE | A-1, A-2 |
| | |
| | |
| | |
| | |
| | |
| | |