JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 434

JUL 10 1980

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA D. HOWARD,
CLERK OF THE PANEL

IN RE AIR CRASH DISASTER IN THE OCEAN OFFSHORE OF ST. MAARTEN,
NETHERLANDS ANTILLES, ON DECEMBER 24, 1977

7/10/80

ORDER DENYING TRANSFER*

   Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by plaintiffs in the two actions listed on the attached Schedule A for transfer of the action pending in the Eastern District of Pennsylvania to the District of the Virgin Islands for coordinated or consolidated pretrial proceedings with the action pending there.

   On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). We note that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Penitentiary Postal Procedure Litigation, 465 F. Supp. 1293, 1294-95 (J.P.M.L. 1979); In re Commercial Lighting Products, Inc. Contract Litigation, 415 F. Supp. 392, 393 (J.P.M.L. 1976). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1977).

   IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 pertaining to the actions listed on the following Schedule A be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Edward S. Northrop took no part in the decision of this matter.

MDL-434 -- In re Air Crash Disaster in the Ocean Offshore of St. Maarten, Netherland Antilles, on December 24, 1977

    Eastern District of Pennsylvania
Ina Viola Smith, et al. v. Avco-Lycoming, et al.,
  C.A. No. 79-4623
    District of Virgin Islands
James Carty, et al. v. Beech Aircraft Corp., et al.,
  C.A. No. 78-96